| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Industrial Ride Shop, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:16-bk-14176-BKM** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2016**   X **/s/ Douglas Butcher**
Signature of individual signing on behalf of debtor

**Douglas Butcher**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Industrial Ride Shop, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:16-bk-14176-BKM**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Bank of America<br>NC1-001-05-13<br>101 N. Tyron Street<br>Charlotte, NC 28255-0001 | | Equipment, fixtures, inventory and receivables | | $430,000.00 | $0.00 | $430,000.00 |
| Van's Inc.<br>13911 Collections Center Drive<br>Chicago, IL 60693 | | trade debt | | | | $288,660.80 |
| Bank of America<br>NC1-001-05-13<br>101 N. Tyron Street<br>Charlotte, NC 28255-0001 | | Equipment, fixtures, inventory and receivables | | $130,000.00 | $0.00 | $130,000.00 |
| Volcom<br>Dept LA 23134<br>Pasadena, CA 91185-3134 | | trade debt | | | | $98,607.00 |
| Stance<br>P.O. Box 845082<br>Los Angeles, CA 90084-5082 | | trade debt | | | | $77,759.70 |
| Herschel Supply Co. Brand<br>Box 15 #327-611 Alexander Street<br>Vancouver, BC V6A 1E2<br>CANADA | | trade debt | | | | $75,307.00 |
| Adidas America Inc.<br>P.O. Box 100384<br>Atlanta, GA 30384-0384 | | trade debt | | | | $71,155.05 |
| Westday Associates Limited Partnership<br>4568 E. Cactus Road<br>Phoenix, AZ 85032 | | past due lease payments | | | | $63,574.43 |

| Debtor | Industrial Ride Shop, LLC | | Case number *(if known)* | 2:16-bk-14176-BKM |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nike USA Inc.**<br>**7932 Collections Center Drive**<br>**Chicago, IL 60693** | | trade debt | | | | $62,581.48 |
| **Clackamas Town Center**<br>**Attn: Law/Lease Administration Dept.**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606** | | past due lease payments | | | | $57,455.86 |
| **Arrowhead Towne Center LLC**<br>**7700 W. Arrowhead Towne Center Drive**<br>**Glendale, AZ 85308** | | past due lease payments | | | | $57,451.50 |
| **HUF**<br>**420 Boyd Street**<br>**Los Angeles, CA 90013** | | trade debt | | | | $54,732.50 |
| **GGP Meadows Mall LLC**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606** | | past due lease payments | | | | $49,658.88 |
| **Obey Clothing**<br>**17462 Von Karman Avenue**<br>**Irvine, CA 92614** | | trade debt | | | | $47,170.50 |
| **Brixton**<br>**BYO Rocky Point Drive**<br>**Oceanside, CA 92056** | | trade debt | | | | $46,748.70 |
| **RVCA**<br>**117 Waterworks Way**<br>**Irvine, CA 92618** | | trade debt | | | | $41,229.48 |
| **Circa**<br>**Sugi International USA**<br>**3520 Seagate Way, Suite 100**<br>**Oceanside, CA 92056** | | trade debt | | | | $38,409.75 |
| **Westcor Santan Village LLC**<br>**11411 North Tatum Blvd.**<br>**Phoenix, AZ 85028** | | past due lease payments | | | | $36,849.76 |

| Debtor | Industrial Ride Shop, LLC | | | Case number (if known) | 2:16-bk-14176-BKM |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ranch Center Associates Ltd Partnership Terminal Tower 50 Public Square, Suite 1100 Cleveland, OH 44113-2267 | | past due lease payments | | | | $36,448.12 |
| DC Shoes, Inc. P.O. Box 749337 Los Angeles, CA 90074-9337 | | trade debt | | | | $30,894.75 |