Kyle S. Hirsch, #024155
Rachel E. Phillips, #029630
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
kyle.hirsch@bryancave.com
rachel.phillips@bryancave.com

Attorneys for Bank of America, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>INDUSTRIAL RIDE SHOP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:16-bk-14176-BKM<br><br>**NOTICE OF PERFECTION OF SECURITY INTEREST AND NON-CONSENT TO USE OF CASH COLLATERAL** |

**NOTICE IS HEREBY GIVEN** as follows:

1. Chapter 11 debtor and debtor-in-possession Industrial Ride Shop, LLC ("Debtor") is indebted to Bank of America, N.A. ("Bank of America") in the principal amount of $790,488.91, plus accrued and accruing interest, fees and other charges ("Indebtedness").

2. Repayment of the Indebtedness is secured by, among other things, virtually all of the personal property assets owned by the Debtor (collectively, "Property") as set forth in that certain Security Agreement (Multiple Use) dated April 22, 2015 ("Security Agreement"). Bank of America's lien interests in the Property have been perfected as evidenced by the UCC Financing Statements filed in the Arizona Secretary of State's Office at File Nos. 200815333501 and 200815333534 (as the same have been continued, collectively, "Financing Statements").

3. Bank of America's perfected security interests in the Property (including all proceeds thereof) includes the Debtor's "cash collateral" as defined in 11 U.S.C. § 363(a).

4. Bank of America demands sequestration of any proceeds and any other income derived from the Property.

5. Bank of America has not and does not consent to the use of the Debtor's cash collateral, including any use of the proceeds or any other income generated from the Property. To the extent Bank of America does in the future consent to the use of cash collateral, such consent shall be granted only in writing upon such terms and conditions agreed upon between Bank of America and the Debtor, subject to the Court's approval.

DATED this 27th day of December, 2016.

BRYAN CAVE LLP

By: /s/ Kyle S. Hirsch
    Kyle S. Hirsch
    Rachel E. Phillips
    Two North Central Avenue, Suite 2200
    Phoenix, AZ 85004-4406
    Attorneys for Bank of America, N.A.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| | |
|---|---|
| 1 | Filed with the Court via the CM/ECF system this 27th day of December, 2016. |
| 2 | |
| 3 | Copy of the foregoing mailed and/or emailed this 27th day of December, 2016, to: |
| 4 | Industrial Ride Shop, LLC |
| 5 | 5325 S. Kyrene Road, Suite 104<br>Tempe, AZ 85283 |
| 6 | Hilary L. Barnes |
| 7 | Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150 |
| 8 | Phoenix, AZ 85004<br>Proposed Counsel for the Debtor |
| 9 | |
| 10 | Patty Chan<br>Office of U.S. Trustee |
| 11 | 230 N. First Ave., #204<br>Phoenix, AZ 85003-1706 |
| 12 | patty.chan@usdoj.gov<br>Attorneys for U.S. Trustee |
| 13 | |
| 14 | Craig Solomon Ganz<br>Michael S. Myers |
| 15 | Ballard Spahr, LLP<br>1 East Washington Street, Suite 2300 |
| 16 | Phoenix, AZ 85004-2555<br>ganzc@ballardspahr.com |
| 17 | myersms@ballardspahr.com |
| 18 | Counsel for The Macerich Company and GGP Limited Partnership |
| 19 | Ronald Eric Gold<br>Frost Brown Todd LLC |
| 20 | 3300 Great American Tower<br>301 E. Fourth Street |
| 21 | Cincinnati, Ohio 45202-4257 |
| 22 | rgold@fbtlaw.com<br>Counsel for Washington Prime Group Inc. |
| 23 | |
| 24 | /s/ Cathy Russell |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000