## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2017**      X **/s/ Douglas Butcher**
                                                  Signature of individual signing on behalf of debtor

                                                  **Douglas Butcher**
                                                  Printed name

                                                  **Managing Member**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Industrial Ride Shop, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | **2:16-bk-14176-BKM** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Van's Inc.**<br>**13911 Collections Center Drive**<br>**Chicago, IL 60693** | | **trade debt** | | | | **$288,660.80** |
| **Bernard Barry, P.C.**<br>**6810 E. Doubletree Ranch Road**<br>**Paradise Valley, AZ 85253** | | **loan** | | | | **$200,000.00** |
| **Raymond Barry**<br>**13225 N. Miller Road**<br>**Scottsdale, AZ 85260** | | **loan** | | | | **$165,000.00** |
| **Kelly B. Barry**<br>**7340 E. Dreyfus**<br>**Scottsdale, AZ 85260** | | **loan** | | | | **$100,000.00** |
| **Volcom**<br>**Dept LA 23134**<br>**Pasadena, CA 91185-3134** | | **trade debt** | | | | **$98,607.00** |
| **Stance**<br>**P.O. Box 845082**<br>**Los Angeles, CA 90084-5082** | | **trade debt** | | | | **$77,759.70** |
| **Herschel Supply Co. Brand**<br>**Box 15 #327-611 Alexander Street**<br>**Vancouver, BC  V6A 1E2**<br>**CANADA** | | **trade debt** | | | | **$75,307.00** |
| **Adidas America Inc.**<br>**P.O. Box 100384**<br>**Atlanta, GA 30384-0384** | | **trade debt** | | | | **$71,155.05** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Westday Associates Limited Partnership 4568 E. Cactus Road Phoenix, AZ 85032** | | **past due lease payments** | | | | **$63,574.43** |
| **Nike USA Inc. 7932 Collections Center Drive Chicago, IL 60693** | | **trade debt** | | | | **$62,581.48** |
| **HUF 420 Boyd Street Los Angeles, CA 90013** | | **trade debt** | | | | **$57,954.01** |
| **Clackamas Town Center Attn: Law/Lease Administration Dept. 110 N. Wacker Drive Chicago, IL 60606** | | **past due lease payments** | | | | **$57,455.86** |
| **Arrowhead Towne Center LLC 7700 W. Arrowhead Towne Center Drive Glendale, AZ 85308** | | **past due lease payments** | | | | **$57,451.50** |
| **GGP Meadows Mall LLC 110 N. Wacker Drive Chicago, IL 60606** | | **past due lease payments** | | | | **$49,658.88** |
| **Obey Clothing 17462 Von Karman Avenue Irvine, CA 92614** | | **trade debt** | | | | **$47,170.50** |
| **Brixton BYO Rocky Point Drive Oceanside, CA 92056** | | **trade debt** | | | | **$46,748.70** |
| **RVCA 117 Waterworks Way Irvine, CA 92618** | | **trade debt** | | | | **$41,229.48** |
| **Circa Sugi International USA 3520 Seagate Way, Suite 100 Oceanside, CA 92056** | | **trade debt** | | | | **$38,409.75** |
| **Westcor Santan Village LLC 11411 North Tatum Blvd. Phoenix, AZ 85028** | | **past due lease payments** | | | | **$36,849.76** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scottsdale Fashion Square LLC 7014-590 E. Camelback Road Scottsdale, AZ 85251** | | **past due rent** | | | | **$35,587.42** |

Fill in this information to identify the case:

Debtor name **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:16-bk-14176-BKM**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     2,831,931.59

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $     2,831,931.59

---

**Part 2:  Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     791,611.03

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     71,482.49

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     2,397,798.01

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b     $     3,260,891.53

Fill in this information to identify the case:

Debtor name    **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:16-bk-14176-BKM**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | **$8,100.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America (Main)** | **Checking** | **6345** | **$79,023.96** |
| 3.2. | **Bank of America (Arrowhead Mall Store)** | **Checking** | **8580** | **$19,117.01** |
| 3.3. | **Bank of America (Paradise Valley Mall)** | **Checking** | **8564** | **$0.00** |
| 3.4. | **Bank of America (Metrocenter Mall)** | **Checking** | **9547** | **$2,745.05** |
| 3.5. | **Bank of America (Chandler Fashion Center)** | **Checking** | **4365** | **$9,371.05** |
| 3.6. | **Bank of America (Desert Ridge Marketplace)** | **Checking** | **6059** | **$6,106.27** |

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 6 of 55

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America (Scottsdale Fashion Square)** | **Checking** | **1689** | **$8,109.55** |
| 3.8. | **Bank of America (Santan Village)** | **Checking** | **5892** | **$9,592.20** |
| 3.9. | **Bank of America (Meadows Mall)** | **Checking** | **0473** | **$6,104.38** |
| 3.10. | **Bank of America (Galleria Mall)** | **Checking** | **1003** | **$3,870.65** |
| 3.11. | **Bank of America (Coronado Mall)** | **Checking** | **0486** | **$6,359.73** |
| 3.12. | **Bank of America (Cottonwood Mall)** | **Checking** | **8983** | **$3,217.62** |
| 3.13. | **Bank of America (Parks Mall)** | **Checking** | **0010** | **$3,103.88** |
| 3.14. | **Bank of America (University Mall)** | **Checking** | **5902** | **$3,198.27** |
| 3.15. | **Bank of America (Clackamas Town Center)** | **Checking** | **0007** | **$1,730.16** |
| 3.16. | **Bank of America (Vancouver)** | **Checking** | **2344** | **$0.00** |
| 3.17. | **Bank of America (Tucson Mall)** | **Checking** | **4340** | **$0.00** |
| 3.18. | **Comerica (Parks Mall)** | **Checking** | **7080** | **$0.00** |
| 3.19. | **Wells Fargo Bank (University Mall)** | **Checking** | **4074** | **$966.74** |
| 3.20. | **US Bank (Clackamas Town Center)** | **Checking** | **0917** | **$943.31** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$171,659.83** |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposits utilities and landlords** | **$17,870.46** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**

| | |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | **$17,870.46** |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Inventory in the stores and warehouse** | | **Unknown** | **Recent cost** | **$2,448,011.30** |
| **Supplies** | | **Unknown** | **Recent cost** | **$3,050.00** |

23.    **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$2,451,061.30

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0 Valuation method ___ **cost** ___ Current Value ___ 14798.2

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office furniture, equipment, machinery and fixtures located in the corporate office/warehouse | Unknown | Recent cost | $91,040.00 |
| Equipment, cases, racks, cash registers, computers, safes, tools, misc. supplies, tables located in the stores | Unknown | Recent cost | $96,800.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$187,840.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■ No
☐ Yes

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2001 Isuzu van | Unknown | Comparable sale | $3,500.00 |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$3,500.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

<table>
<tr><td>Part 9:</td><td>Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>Intangibles and intellectual property</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets**<br>**Industrial Rideshop logos (30+ logos since<br>1996)** | Unknown | | Unknown |

**61.    Internet domain names and websites**

| **Internet domain name and website:** **www.industrialrideshop.com** | **Unknown** | **Unknown** |
| --- | --- | --- |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**
        **Customer list, which includes names, e-mail**
        **addresses, and mailing addresses, and vendor**
        **list**                                               **Unknown**          **Unknown**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**
        **Rideshop name and reputation**           **Unknown**          **Unknown**

66.     **Total of Part 10.**                                              **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ☐ No
        ■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $171,659.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,870.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,451,061.30 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $187,840.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,831,931.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,831,931.59 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| **2.1** | **Bank of America**<br>Creditor's Name<br>**NC1-001-05-13**<br>**101 N. Tryon Street**<br>**Charlotte, NC 28255-0001**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment, fixtures, inventory and receivables**<br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?** | $343,587.05 | $2,831,931.59 |

Creditor's email address, if known

■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**

**Date debt was incurred**<br>**4/22/15**

☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

| | | | | |
| --- | --- | --- | --- | --- |
| **2.2** | **Bank of America**<br>Creditor's Name<br>**NC1-001-05-13**<br>**101 N. Tryon Street**<br>**Charlotte, NC 28255-0001**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment, fixtures, inventory and receivables**<br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?** | $386,547.92 | $2,831,931.59 |

Creditor's email address, if known

■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**

**Date debt was incurred**<br>**4/22/15**

☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**<br>Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America** | Describe debtor's property that is subject to a lien | $61,476.06 | $2,831,931.59 |
|-----|---------------------|--------------------------------------------------|------------|---------------|

Creditor's Name

**NC1-001-05-13
101 N. Tyron Street
Charlotte, NC 28255-0001**

Creditor's mailing address

Creditor's email address, if known

**Equipment, fixtures, inventory and receivables**

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/22/15**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $791,611.03 |
|----|-----------------------------------------------------------------------------------------------------------|-------------|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| **Kyle S. Hirsch**<br>**BRYAN CAVE LLP (1 Renaissance Square)**<br>**Two North Central Avenue, #2200**<br>**Phoenix, AZ 85004-4406** | Line **2.1** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:16-bk-14176-BKM**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**1600 West Monroe Street**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,946.83** | **$22,946.83** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**P.O. Box 29085**<br>**Phoenix, AZ 85038-9085** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$968.55** | **$968.55** |
| | Date or dates debt was incurred<br>**12/2016** | Basis for the claim:<br>**payroll taxes** | | |
| | Last 4 digits of account number **7438**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 2:16-bk-14176-BKM Doc 86 Filed 01/11/17 Entered 01/11/17 18:37:39 Desc
Main Document Page 15 of 55

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.15 | $775.15 |
| --- | --- | --- | --- | --- |
| | **City of Chandler** **Tax & License Division** **175 S. Arizona Avenue, Suite A** **Chandler, AZ 85225** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016** | Basis for the claim: **sales taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,841.42 | $2,841.42 |
| --- | --- | --- | --- | --- |
| | **City of Glendale** **5850 W. Glendale Ave** **Glendale, AZ 85301** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016** | Basis for the claim: **sales taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.07 | $660.07 |
| --- | --- | --- | --- | --- |
| | **City of Mesa** **55 N. CENTER STREET** **P.O. BOX 1466** **Mesa, AZ 85211-1466** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016** | Basis for the claim: **sales taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.04 | $1,826.04 |
| --- | --- | --- | --- | --- |
| | **City of Phoenix** **Sales and Use Tax Office** **251 W. Washington St., 3rd Floor** **Phoenix, AZ 85003** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016** | Basis for the claim: **sales taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.02 | $753.02 |
| --- | --- | --- | --- | --- |

**City of Scottsdale Revenue Recovery**
7447 E. Indian School Road, Suite 110
Scottsdale, AZ 85251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.27 | $26.27 |
| --- | --- | --- | --- | --- |

**City of Tempe**
**Tax & License Division**
P.O. Box 29618
Phoenix, AZ 85038-9618

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,495.00 | $12,495.00 |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
P.O. Box 510000
San Francisco, CA 94151-5100

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2016**

Basis for the claim:
**payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,798.20 | $14,798.20 |
| --- | --- | --- | --- | --- |

**Landyachtz**
13614 S. Western Avenue
Gardena, CA 90249

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/8/16**

Basis for the claim:
**trade debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,629.23 | $4,629.23 |
|------|---|---|---|---|

**Nevada Department of Taxation**
**555 E. Washington Avenue, Suite**
**1300**
**Las Vegas, NV 89101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,564.46 | $4,564.46 |
|------|---|---|---|---|

**New Mexico Taxation & Revenue**
**1100 South St. Francis Drive**
**Santa Fe, NM 87504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.44 | $79.44 |
|------|---|---|---|---|

**New Mexico Taxation and Revenue**
**Dept.**
**P.O. Box 2527**
**Santa Fe, NM 87504-2527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2016**

Basis for the claim:
**payroll taxes**

Last 4 digits of account number **8007**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|------|---|---|---|---|

**Oregon Department of Revenue**
**P.O. Box 14800**
**Salem, OR 97309-0920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2016**

Basis for the claim:
**payroll taxes**

Last 4 digits of account number **7785**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address<br>**Texas Comptroller of Public<br>Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,420.40 | $2,420.40 |
|------|---|---|---|---|
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**sales taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,527.41 | $1,527.41 |
|------|---|---|---|---|
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**sales taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Absolute Board Co.<br>P.O. Box 4098<br>Oceanside, CA 92052** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,176.65 |
|------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Adidas America Inc.<br>P.O. Box 100384<br>Atlanta, GA 30384-0384** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,155.05 |
|------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Arcade<br>P.O. Box 2728<br>Olympic Valley, CA 96146** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,023.30 |
|------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Arrowhead Towne Center LLC**<br>**7700 W. Arrowhead Towne Center Drive**<br>**Glendale, AZ 85308**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **Arrowhead Mall** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **past due lease payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,451.50** |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Baker Bros Distribution**<br>**8120 Webb Avenue**<br>**North Hollywood, CA 91605**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,461.62** |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bernard Barry, P.C.**<br>**6810 E. Doubletree Ranch Road**<br>**Paradise Valley, AZ 85253**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200,000.00** |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Brixton**<br>**BYO Rocky Point Drive**<br>**Oceanside, CA 92056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46,748.70** |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Circa**<br>**Sugi International USA**<br>**3520 Seagate Way, Suite 100**<br>**Oceanside, CA 92056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$38,409.75** |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Clackamas Town Center**<br>**Attn: Law/Lease Administration Dept.**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **Clackamas Mall** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **past due lease payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,455.86** |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Converse**<br>**13328 Collections Center Drive**<br>**Chicago, IL 60693-0133**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,617.58** |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,811.78 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Coronado Center LLC**
**c/o Coronado Center**
**110 N. Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **past due lease payments**

Last 4 digits of account number __Coronado__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,146.45 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Dakine**
**P.O. Box 743477**
**Los Angeles, CA 90074-3477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,894.75 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**DC Shoes, Inc.**
**P.O. Box 749337**
**Los Angeles, CA 90074-9337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,059.07 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Deluxe Distribution**
**P.O. Box 883311**
**San Francisco, CA 94188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,052.30 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Diamond Supply Company, Inc.**
**1710 Cordova Street**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,370.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**DTST LLC**
**13043 Yukon Avenue**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/15/16 and 11/15/2016**

Basis for the claim: **trade debt**

Last 4 digits of account number **5287**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,918.08 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**DVM Co, a joint venture**
**9617 Metro Parkway West**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **past due rent**

Last 4 digits of account number __Metrocenter__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,911.00 |
|------|---|---|---|
| | DVS Shoe Company, Inc.<br>c/o Elan Polo, Inc.<br>2765 Momentum Place<br>Chicago, IL 60689-5327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,370.78 |
|------|---|---|---|
| | Dwindle/CIT Group<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,576.00 |
|------|---|---|---|
| | Dye Precision, Inc.<br>10637 Scripps Summit Ct.<br>San Diego, CA 92131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | EastGroup Properties, L.P.<br>2200 E. Camelback Road, Suite 210<br>Attn: Asset Manager<br>Phoenix, AZ 85016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __past due lease payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,468.75 |
|------|---|---|---|
| | Electric<br>1001 Calle Amanecer<br>San Clemente, CA 92673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,336.50 |
|------|---|---|---|
| | Eswic Clothing<br>P.O. Box 20198<br>Fountain Valley, CA 92728 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,036.66 |
|------|---|---|---|
| | Ethika<br>LSQ Funding Group, LC<br>P.O. Box 809209<br>Chicago, IL 60680-9209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,457.53 |
|---|---|---|---|
| | **Federal Express**<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __services__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,658.88 |
|---|---|---|---|
| | **GGP Meadows Mall LLC**<br>110 N. Wacker Drive<br>Chicago, IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __past due lease payments__ | |
| | **Last 4 digits of account number** __Meadows Mall__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,657.50 |
|---|---|---|---|
| | **Girl Skateboards**<br>22500 S. Vermont Avenue<br>Torrance, CA 90502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,150.55 |
|---|---|---|---|
| | **Globe/CIT Group**<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,863.00 |
|---|---|---|---|
| | **Grissly Griptape**<br>142 N. La Brea Avenue<br>Los Angeles, CA 90036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,307.00 |
|---|---|---|---|
| | **Herschel Supply Co. Brand**<br>Box 15 #327-611 Alexander Street<br>Vancouver, BC  V6A 1E2<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,134.10 |
|---|---|---|---|
| | **High Speed Productions**<br>P.O. Box 884570<br>San Francisco, CA 94188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,954.01** |
|---|---|---|---|
| | **HUF**<br>**420 Boyd Street**<br>**Los Angeles, CA 90013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,901.75** |
|---|---|---|---|
| | **Hurley Int.**<br>**P.O. Box 740989**<br>**Los Angeles, CA 90074-0989** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,449.25** |
|---|---|---|---|
| | **Imperial Motion**<br>**2920 S. Steele Street, #B**<br>**Tacoma, WA 98409-7630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,900.00** |
|---|---|---|---|
| | **Jessup Manufacturing Company**<br>**P.O. Box 7652**<br>**Carol Stream, IL 60197-7652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Kelly B. Barry**<br>**7340 E. Dreyfus**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,218.65** |
|---|---|---|---|
| | **Kelly B. Barry**<br>**7340 E. Dreyfus**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,073.40** |
|---|---|---|---|
| | **Lakai**<br>**22500 S. Vermont Avenue**<br>**Torrance, CA 90502-2553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,085.00 |
|---|---|---|---|

**Lifted Research Group**
**7 Holland**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,343.50 |
|---|---|---|---|

**Loser**
**17462 Von Karman Avenue**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,174.75 |
|---|---|---|---|

**Madson**
**P.O. Bx 5661**
**Oceanside, CA 92052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $781.99 |
|---|---|---|---|

**Mizu, Inc.**
**2010 Jimmy Durante Blvd., Suite 230**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,582.00 |
|---|---|---|---|

**Neff**
**1230 Calle Suerte**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,172.50 |
|---|---|---|---|

**New Balance**
**P.O. Box 415206**
**Boston, MA 02241-5206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,581.48 |
|---|---|---|---|

**Nike USA Inc.**
**7932 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,400.00** |
|---|---|---|---|
| | **Nixon, Inc.** | ☐ Contingent | |
| | **Dept. LA 23933** | ☐ Unliquidated | |
| | **Pasadena, CA 91185-3933** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,320.50** |
|---|---|---|---|
| | **Oakley Sales Corp.** | ☐ Contingent | |
| | **File 557162** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-7162** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,170.50** |
|---|---|---|---|
| | **Obey Clothing** | ☐ Contingent | |
| | **17462 Von Karman Avenue** | ☐ Unliquidated | |
| | **Irvine, CA 92614** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.18** |
|---|---|---|---|
| | **Old Dominion** | ☐ Contingent | |
| | **P.O. Box 742296** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-2296** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,276.75** |
|---|---|---|---|
| | **Plan B Skateboards** | ☐ Contingent | |
| | **121 Waterworks Way** | ☐ Unliquidated | |
| | **Irvine, CA 92618** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,072.95** |
|---|---|---|---|
| | **Primitive** | ☐ Contingent | |
| | **9223 Eton Avenue** | ☐ Unliquidated | |
| | **Chatsworth, CA 91311** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,762.72** |
|---|---|---|---|
| | **Primo Distribution Inc.** | ☐ Contingent | |
| | **150 Commonwealth Ave., Suite 202** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84115** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,559.60 |
|---|---|---|---|

**Pro Tech/Bravo Sport**
**P.O. Box 101125**
**Pasadena, CA 91189-1688**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,351.60 |
|---|---|---|---|

**Psockadelic LLC**
**2610 La Duela Lane**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,625.00 |
|---|---|---|---|

**Quincy Woodwrights, LLC**
**3305 Tyler Street**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **4/19/16**

Last 4 digits of account number  **663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,436.61 |
|---|---|---|---|

**Ranch Center Associates Ltd Partnership**
**Terminal Tower**
**50 Public Square, Suite 1100**
**Cleveland, OH 44113-2267**

Date(s) debt was incurred _

Last 4 digits of account
number  **The Galleria at Sunset**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **past due lease payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,405.00 |
|---|---|---|---|

**RASTACLAT**
**1950 E. 220th Street, #104**
**Long Beach, CA 90810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,000.00 |
|---|---|---|---|

**Raymond Barry**
**13225 N. Miller Road**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,168.00 |
|---|---|---|---|

**RIPNDIP**
**724 Kohler Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,229.48** |
|---|---|---|---|
| | **RVCA**<br>**117 Waterworks Way**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|
| | **S&A Publishing**<br>**P.O. Box 1491**<br>**Solana Beach, CA 92075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,182.00** |
|---|---|---|---|
| | **Sanuk**<br>**Deckers Outdoor Corporation**<br>**P.O. Box 8424**<br>**Pasadena, CA 91109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,587.42** |
|---|---|---|---|
| | **Scottsdale Fashion Square LLC**<br>**7014-590 E. Camelback Road**<br>**Scottsdale, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **past due rent** | |
| | Last 4 digits of account number  **Scottsdale Fashion Square** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,302.00** |
|---|---|---|---|
| | **Sector 9**<br>**4370 Jutland Drive**<br>**San Diego, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,883.16** |
|---|---|---|---|
| | **Simon Property Group LP**<br>**%MS Management Associates Inc.**<br>**225 W Washington Street**<br>**Indianapolis, IN 46204-3438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **past due lease payments** | |
| | Last 4 digits of account number  **Cottonwood Mall** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,585.25** |
|---|---|---|---|
| | **Sketchy Tank**<br>**391 Ocean View Avenue**<br>**Encinitas, CA 92024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/21/16** | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number  **4578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,082.20** |
| --- | --- | --- | --- |
| | **Skullcandy** | ☐ Contingent | |
| | **P.O. Box 204619** | ☐ Unliquidated | |
| | **Dallas, TX 75320-4619** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,738.95** |
| --- | --- | --- | --- |
| | **Sole Technology Inc.** | ☐ Contingent | |
| | **P.O. Box 511293** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-7848** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$872.95** |
| --- | --- | --- | --- |
| | **Sparkletts & Sierra Springs** | ☐ Contingent | |
| | **P.O. Box 660579** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0579** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __services__ | |
| | **Last 4 digits of account number** __0808__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,746.45** |
| --- | --- | --- | --- |
| | **Spy** | ☐ Contingent | |
| | **1896 Rutherford Road** | ☐ Unliquidated | |
| | **Carlsbad, CA 92008** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77,759.70** |
| --- | --- | --- | --- |
| | **Stance** | ☐ Contingent | |
| | **P.O. Box 845082** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-5082** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,575.00** |
| --- | --- | --- | --- |
| | **Steadfast Worldwide** | ☐ Contingent | |
| | **441 1/2 Goldenrod Avenue** | ☐ Unliquidated | |
| | **Corona Del Mar, CA 92625** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,476.00** |
| --- | --- | --- | --- |
| | **Sunset Skateboard Company** | ☐ Contingent | |
| | **P.O. Box 1484** | ☐ Unliquidated | |
| | **Sunset Beach, CA 90742** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,070.76** |
|---|---|---|---|
| | **Supra/K-Swiss**<br>**P.O Box 844191**<br>**Los Angeles, CA 90084-4191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,533.27** |
|---|---|---|---|
| | **The Hundreds**<br>**3150 E. 46th Street**<br>**Los Angeles, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,430.99** |
|---|---|---|---|
| | **Thread Collective**<br>**Matix Lock Box #1642**<br>**P.O. Box 8500-781642**<br>**Philadelphia, PA 19178-1642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,223.80** |
|---|---|---|---|
| | **TWC Chandler LLC**<br>**Suite 2142**<br>**3111 W. Chandler Blvd.**<br>**Chandler, AZ 85226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _past due rent_ | |
| | **Last 4 digits of account number** _Chandler Fashion Center_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$288,660.80** |
|---|---|---|---|
| | **Van's Inc.**<br>**13911 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,330.76** |
|---|---|---|---|
| | **Vissla**<br>**c/ Wells Fargo Bank**<br>**P.O. Box 912150**<br>**Denver, CO 80291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,607.00** |
|---|---|---|---|
| | **Volcom**<br>**Dept LA 23134**<br>**Pasadena, CA 91185-3134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,954.00 |
|---|---|---|---|

**Welcome**
P.O. Box 80704
Rancho Santa Margarita, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,849.76 |
|---|---|---|---|

**Westcor Santan Village LLC**
11411 North Tatum Blvd.
Phoenix, AZ 85028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **San Tan Village**

Basis for the claim:  **past due lease payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,574.43 |
|---|---|---|---|

**Westday Associates Limited Partnership**
4568 E. Cactus Road
Phoenix, AZ 85032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **Paradise Valley Mall**

Basis for the claim:  **past due lease payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arizona Department of Revenue**<br>P.O. Box 29085<br>Phoenix, AZ 85038-0985 | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **City of Chandler**<br>Mail Stop 701<br>P.O. Box 15001<br>Chandler, AZ 85244-5001 | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **City of Glendale**<br>P.O. Box 800<br>Glendale, AZ 85311-0800 | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **City of Mesa Sales Tax Department**<br>P.O. Box 16350<br>Mesa, AZ 85211-6350 | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **City of Phoenix City Treasurer**<br>P.O. Box 29125<br>Phoenix, AZ 85038-9125 | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **City of Scottsdale Sales Tax Department**<br>P.O. Box 1600<br>Scottsdale, AZ 85252-1600 | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Clackamus Mall LLC**<br>**Clackamus Towne Center**<br>**P.O. Box 860117**<br>**Minneapolis, MN 55486-0117** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Class War**<br>**468 Puebla Street**<br>**Encinitas, CA 92024** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Commercial Collection Solutions, Inc.**<br>**P.O. Box 4156**<br>**Seal Beach, CA 90740** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **EastGroup Properties, L.P.**<br>**190 E. Capitol Street, Suite 400**<br>**Attention President**<br>**Jackson, MS 39201** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Elan Polo, Inc.**<br>**630 Melrose Avenue**<br>**Nashville, TN 37211** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Macerich**<br>**401 Wilshire Blvd., Suite 700**<br>**Santa Monica, CA 90401-1452** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Macerich**<br>**401 Wilshire Blvd., Suite 700**<br>**Santa Monica, CA 90401-1452** | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Nevada Department of Taxation**<br>**P.O. Box 7165**<br>**San Francisco, CA 94120-7165** | Line **2.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **New Mexico Taxation and Revenue Dept.**<br>**P.O. Box 2527**<br>**Santa Fe, NM 87504-2527** | Line **2.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Primo Distribution**<br>**404 North 300 West Unit 101**<br>**Salt Lake City, UT 84103** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Richard Leverick**<br>**Leverick and Musselman LLC**<br>**5120 San Francisco, NE**<br>**Albuquerque, NM 87109** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Ronald E. Gold**<br>**3300 Great American Tower**<br>**301 E. Fourth Street**<br>**Cincinnati, OH 45202** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Industrial Ride Shop, LLC** | Case number (if known) | **2:16-bk-14176-BKM** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **Texas Comptroller of Public Accounts**<br>**P.O. Box 149348**<br>**Austin, TX 78714-9348** | Line __2.15__<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 71,482.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,397,798.01 |
| | | | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,469,280.50 |

Fill in this information to identify the case:

Debtor name **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:16-bk-14176-BKM**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of space 2151 at Arrowhead Towne Center, 7700 W. Arrowhead Towne Center Drive, Glendale, AZ 85308** | |
| State the term remaining | **Expires 12/31/2024** | |
| List the contract number of any government contract | | **Arrowhead Towne Center LLC 7700 W. Arrowhead Towne Center Drive Glendale, AZ 85308** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space K207 at Clackamas Town Center, 12000 SE 82nd Avenue, Suite 1093, Portland, OR 97266** | |
| State the term remaining | **Expires 5/31/2018** | |
| List the contract number of any government contract | | **Clackamas Town Center Attn: Law/Lease Administration Dept. 110 N. Wacker Drive Chicago, IL 60606** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space H-006 Coronado Center at 6600 Menaul NE, Albuquerque. NM 87110** | |
| State the term remaining | **Expires 10/31/2021** | |
| List the contract number of any government contract | | **Coronado Center LLC c/o Coronado Center 110 N. Wacker Drive Chicago, IL 60606** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Sublease of space 1078 at Metrocenter, 9617 Metro Parkway West, Phoenix, AZ 85051 (tenant is related entity, Industrial Skate & Boards, Inc.)** | |
| State the term remaining | **Expires 12/31/18** | **DVM Co, a joint venture 9617 Metro Parkway West Phoenix, AZ 85051** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of the Warehouse at 5325 South Kyrene Road, Suite 104, Tempe, AZ 85283** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/2019** | **EastGroup Properties, L.P.** **2200 E. Camelback Road, Suite 210** **Attn: Asset Manager** **Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space 126A at Meadows Mall, 4300 Meadows Lane, Las Vegas, NV 89107** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/31/2017** | **GGP Meadows Mall LLC** **110 N. Wacker Drive** **Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space 1515 at The Galleria At Sunset, 1300 W. Sunset Road, Henderson, NV 89014** | |
|---|---|---|---|
| | State the term remaining | **Expires: 9/30/2017** | **Ranch Center Associates Ltd Partnership** **Terminal Tower** **50 Public Square, Suite 1100** **Cleveland, OH 44113-2267** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of space 2112 at Scottsdale Fashion Square, 7014 E. Camelback Road, Phoenix, AZ 85251 (tenant is related entity, Industrial Skate & Boards, Inc.)** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/16** | **Scottsdale Fashion Square LLC** **7014-590 E. Camelback Road** **Scottsdale, AZ 85251** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space C205A at Cottonwood Mall, 10000 Coors Blvd., Bypass NW, Albuquerque, NM 87114** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/2017** | **Simon Property Group LP** **%MS Management Associates Inc.** **225 W Washington Street** **Indianapolis, IN 46204-3438** |

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 35 of 55



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space 02415 at The Parks at Arlington Shopping Center, 3811 S. Cooper Street, Arlington, TX 76015** | |
|---|---|---|---|
| | State the term remaining | **3/31/2017** | **The Parks at Arlington, LLC** |
| | List the contract number of any government contract | _____ | **3811 S. Cooper Street** **Arlington, TX 76015** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of space 2198 at Chandler Fashion Center, 311 W. Chandler Blvd., Chandler, AZ 85226 (tenant is related entity, Industrial Skate & Boards, Inc.)** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **TWC Chandler LLC** **Suite 2142** |
| | List the contract number of any government contract | _____ | **3111 W. Chandler Blvd.** **Chandler, AZ 85226** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of spaces L-188 and L-189 at the University Mall Shopping Center at 575 E. University Parkway, Orem, UT** | |
|---|---|---|---|
| | State the term remaining | **1/31/2016** | **University Mall** |
| | List the contract number of any government contract | _____ | **575 E. University Parkway** **Orem, UT 84097** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space at Desert Ridge Mall, 21001 N. Tatum Blvd., Phoenix, AZ** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Vestar DRM-OPCO, LLC % Vestar Dev. Co.** **P.O. Box 16281** |
| | List the contract number of any government contract | _____ | **2425 E. Camelback Road, #750** **Phoenix, AZ 85011-6281** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Space 652 at SanTan Village Regional Center, 11411 North Tatum Blvd., Phoenix, AZ 85028** | **Westcor Santan Village LLC** **11411 North Tatum Blvd.** **Phoenix, AZ 85028** |
|---|---|---|---|

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 36 of 55

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Expires 12/31/2017** | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space G012 at Paradise Valley Mall, 4550 E. Cactus Road, Phoenix, AZ 85032** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/2017** | **Westday Associates Limited Partnership** |
| | List the contract number of any government contract | _____ | **4568 E. Cactus Road** **Phoenix, AZ 85032** |

Debtor name **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:16-bk-14176-BKM**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Douglas A. Butcher | 8336 E. Desert Cove Scottsdale, AZ 85260 | Bank of America | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Douglas A. Butcher | 8336 E. Desert Cove Scottsdale, AZ 85260 | Bank of America | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Douglas A. Butcher | 8336 E. Desert Cove Scottsdale, AZ 85260 | Bank of America | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Douglas A. Butcher | 8336 E. Desert Cove Scottsdale, AZ 85260 | Sole Technology Inc. | ☐ D _____ <br> ■ E/F __3.68__ <br> ☐ G _____ |
| 2.5 | Kelly B. Barry | 7340 E. Dreyfus Scottsdale, AZ 85260 | Bank of America | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 38 of 55

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Kelly B. Barry** | 7340 E. Dreyfus<br>Scottsdale, AZ 85260 | **Bank of America** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 **Kelly B. Barry** | 7340 E. Dreyfus<br>Scottsdale, AZ 85260 | **Bank of America** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 **Kelly B. Barry** | 7340 E. Dreyfus<br>Scottsdale, AZ 85260 | **Sole Technology Inc.** | ☐ D ____<br>■ E/F __3.68__<br>☐ G ____ |
| 2.9 **Raymond Barry** | 13225 N. Miller Road<br>Scottsdale, AZ 85260 | **Bank of America** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 **Raymond Barry** | 13225 N. Miller Road<br>Scottsdale, AZ 85260 | **Bank of America** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 **Raymond Barry** | 13225 N. Miller Road<br>Scottsdale, AZ 85260 | **Bank of America** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 **Raymond Barry** | 13225 N. Miller Road<br>Scottsdale, AZ 85260 | **Sole Technology Inc.** | ☐ D ____<br>■ E/F __3.68__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Industrial Ride Shop, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:16-bk-14176-BKM**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,135,685.70** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$12,316,923.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$13,687,052.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Arrowhead Towne Center LLC (ATC)**<br>**7700 W. Arrowhead Towne Center**<br>**Drive**<br>**Glendale, AZ 85308** | **last 90 days** | **$57,451.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.2. **Clackamas Town Center (CLK)**<br>**Attn: Law/Lease Administration Dept.**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606** | **last 90 days** | **$19,737.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.3. **Coronado Center LLC (COR)**<br>**c/o Coronado Center**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606** | **last 90 days** | **$40,835.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.4. **EastGroup Properties, L.P. (WHS)**<br>**2200 E. Camelback Road, Suite 210**<br>**Attn: Asset Manager**<br>**Phoenix, AZ 85016** | **last 90 days** | **$22,862.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.5. **GGP Meadows Mall LLC (LVM)**<br>**110 N. Wacker Drive**<br>**Chicago, IL 60606** | **last 90 days** | **$16,552.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.6. **Simon Property Group LP (COT)**<br>**%MS Management Associates Inc.**<br>**225 W Washington Street**<br>**Indianapolis, IN 46204-3438** | **last 90 days** | **$12,441.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.7. **Westcor Santan Village LLC (SAN)**<br>**11411 North Tatum Blvd.**<br>**Phoenix, AZ 85028** | **last 90 days** | **$17,787.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |
| 3.8. **Vestar DRM-OPCO, LLC % Vestar Dev.**<br>**Co.**<br>**P.O. Box 16281**<br>**2425 E. Camelback Road, #750**<br>**Phoenix, AZ 85011-6281** | **last 90 days** | **$21,516.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Store lease** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document          Page 41 of 55

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **The Parks at Arlington, LLC**<br>3811 S. Cooper Street<br>Arlington, TX 76015 | last 90 days | $12,214.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **store lease** |
| 3.10.   **Adidas America Inc.**<br>P.O. Box 100384<br>Atlanta, GA 30384-0384 | last 90 days | $35,674.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.   **American Express**<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | last 90 days | $49,302.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| 3.12.   **Arizona Department of Revenue**<br>1600 West Monroe Street<br>Phoenix, AZ 85007 | last 90 days | $43,180.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.13.   **Brixton**<br>BYO Rocky Point Drive<br>Oceanside, CA 92056 | last 90 days | $29,474.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.   **Baker Bros Distribution**<br>8120 Webb Avenue<br>North Hollywood, CA 91605 | Last 90 days | $7,484.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.   **Century Link Seattle** | Last 90 days | $6,458.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16.   **Converse**<br>13328 Collections Center Drive<br>Chicago, IL 60693-0133 | Last 90 days | $10,935.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 42 of 55

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Deluxe Distribution** <br> P.O. Box 883311 <br> San Francisco, CA 94188 | **Last 90 days** | **$11,205.34** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.18. **Federal Express** <br> P.O. Box 7221 <br> Pasadena, CA 91109-7321 | **Last 90 days** | **$15,766.44** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.19. **Girl Skateboards** <br> 22500 S. Vermont Avenue <br> Torrance, CA 90502 | **Last 90 days** | **$9,736.95** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.20. **Globe/CIT Group** <br> P.O. Box 1036 <br> Charlotte, NC 28201-1036 | **Last 90 days** | **$9,885.15** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.21. **High Speed Productions** <br> P.O. Box 884570 <br> San Francisco, CA 94188 | **Last 90 days** | **$12,806.50** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.22. **HUF** <br> 420 Boyd Street <br> Los Angeles, CA 90013 | **Last 90 days** | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.23. **Imperial Motion** <br> 2920 S. Steele Street, #B <br> Tacoma, WA 98409-7630 | **Last 90 days** | **$19,410.97** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.24. **NHS Inc.** <br> 104 Bronson St., #9 <br> Santa Cruz, CA 95062 | **Last 90 days** | **$22,385.29** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **Nike USA Inc.**<br>**7932 Collections Center Drive**<br>**Chicago, IL 60693** | **Last 90 days** | **$14,459.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Nixon, Inc.**<br>**Dept. LA 23933**<br>**Pasadena, CA 91185-3933** | **Last 90 days** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Old Dominion**<br>**P.O. Box 742296**<br>**Los Angeles, CA 90074-2296** | **Last 90 days** | **$36,755.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. **Primo Distribution Inc.**<br>**150 Commonwealth Ave., Suite 202**<br>**Salt Lake City, UT 84115** | **Last 90 days** | **$14,703.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **RIPNDIP**<br>**724 Kohler Street**<br>**Los Angeles, CA 90021** | **Last 90 days** | **$9,064.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **RVCA**<br>**117 Waterworks Way**<br>**Irvine, CA 92618** | **Last 90 days** | **$39,832.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Skate One**<br>**30 S. La Patera Lane**<br>**Goleta, CA 93117** | **Last 90 days** | **$25,835.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Spy**<br>**1896 Rutherford Road**<br>**Carlsbad, CA 92008** | **Last 90 days** | **$10,467.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. | **Stance**<br>P.O. Box 845082<br>Los Angeles, CA 90084-5082 | **Last 90 days** | **$11,389.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Van's Inc.**<br>13911 Collections Center Drive<br>Chicago, IL 60693 | **Last 90 days** | **$113,083.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Volcom**<br>Dept LA 23134<br>Pasadena, CA 91185-3134 | **Last 90 days** | **$40,891.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Bank of America**<br>NC1-001-05-13<br>101 N. Tyron Street<br>Charlotte, NC 28255-0001 | **last 90 days** | **$42,899.05** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **BPC Henderson, LLC**<br>P.O. Box 72006<br>Cleveland, OH 44192-0069 | **last 90 days** | **$11,664.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **The Electric Squeegee**<br>15905 E. Greenway-Hayden Loop #101<br>Scottsdale, AZ 85260 | **last 90 days** | **$11,054.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | **Nevada Department of Taxation**<br>555 E. Washington Avenue, Suite 1300<br>Las Vegas, NV 89101 | **last 90 days** | **$10,326.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **_taxes_** |
| 3.40. | **New Mexico Taxation & Revenue**<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | **last 90 days** | **$9,733.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **_taxes_** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.41. | **TWC Chandler LLC<br>Suite 2142<br>3111 W. Chandler Blvd.<br>Chandler, AZ 85226** | **last 90 days** | **$17,588.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **store lease** |
| 3.42. | **Scottsdale Fashion Square LLC<br>7014-590 E. Camelback Road<br>Scottsdale, AZ 85251** | **last 90 days** | **$17,793.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **store lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Douglas A. Butcher<br>8336 E. Desert Cove<br>Scottsdale, AZ 85260<br>Managing Member** | **5/18/16** | **$365.00** | **expense reimbursement** |
| 4.2. | **Raymond Barry<br>13225 N. Miller Road<br>Scottsdale, AZ 85260<br>Member** | **12/17/15-12/3<br>0/15** | **$250,000.00** | **short term loan repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | 3/14/16 - $6,540.60 12/2/16 - $15,000.00 12/13/16 - $16,717.00 Currently, Allen Barnes & Jones holds $19,577.25 in its IOLTA Trust Account for post-petition fees and costs. | |
| **Allen Barnes & Jones, PLC 1850 N. Central Avenue, Suite 1150 Phoenix, AZ 85004** | **Attorney's fees, Chapter 11 filing fee and costs** | | **$16,963.35** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1524 W. 14th Street, Suite 115 Tempe, AZ 85281** | **1/3/11-4/30/16** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer list, which includes names, e-mail addresses, and mailing addresses, and vendor list**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dragon Optical<br>971 Calle Amanecer<br>San Clemente, CA 92673 | All locations | sunglasses on consignment | $20,895.86 |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Barry & Moore, P.C.**<br>**2198 E. Camelback Road, Suite 370**<br>**Phoenix, AZ 85016** | **Accountant for more than 2 years** |
| 26a.2. **Tammy Johnson**<br>**5325 S. Kyrene Road, Suite 104**<br>**Tempe, AZ 85283** | **Rideshop bookkeeper for more than 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Raymond Barry** | **1/2016 (year end 2015)** | **$3,271,266.88**<br>**(Basis: unknown; to be supplemented)** |

| Name and address of the person who has possession of inventory records |
|---|
| **Kelly B. Barry**<br>**5325 S. Kyrene Road, #104**<br>**Tempe, AZ 85283** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Douglas A. Butcher** | **8336 E. Desert Cove**<br>**Scottsdale, AZ 85260** | **Member/Manager** | **35** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kelly B. Barry** | **7340 E. Dreyfus**<br>**Scottsdale, AZ 85260** | **Member/Manager** | **35** |

Case 2:16-bk-14176-BKM    Doc 86    Filed 01/11/17    Entered 01/11/17 18:37:39    Desc
Main Document    Page 51 of 55

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raymond Barry | 13225 N. Miller Road<br>Scottsdale, AZ 85260 | Member/Manager | 30 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Douglas A. Butcher**<br>**8336 E. Desert Cove**<br>**Scottsdale, AZ 85260** | **$117,924.39** | **12/15/15**<br>**through**<br>**12/16/16** | **Compensation** |
| | Relationship to debtor<br>**Managing Member** | | | |
| 30.2. | **Kelly B. Barry**<br>**7340 E. Dreyfus**<br>**Scottsdale, AZ 85260** | **$135,104.53** | **12/15/15**<br>**through**<br>**11/25/16** | **Compensation** |
| | Relationship to debtor<br>**Member** | | | |
| 30.3. | **Raymond Barry**<br>**13225 N. Miller Road**<br>**Scottsdale, AZ 85260** | **$74,853.54** | **12/15/15**<br>**through**<br>**12/16/16** | **Compensation** |
| | Relationship to debtor<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**January 11, 2017**__

__**/s/ Douglas Butcher**__                                     __**Douglas Butcher**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __**Managing Member**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Industrial Ride Shop, LLC**      Case No.    **2:16-bk-14176-BKM**

                         Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 11, 2017**               Signature    **/s/ Douglas Butcher**

                                                             **Douglas Butcher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **Industrial Ride Shop, LLC**                  Case No.    **2:16-bk-14176-BKM**

                                   Debtor(s)        Chapter    **11**

# DECLARATION

I, the Managing Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of ___14___ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.


Date:    **January 11, 2017**               **/s/ Douglas Butcher**
                                      **Douglas Butcher**/**Managing Member**
                                      Signer/Title

Date:    **January 11, 2017**               **/s/ Hilary L. Barnes hbarnes@allenbarneslaw.com**
                                      Signature of Attorney
                                      **Hilary L. Barnes hbarnes@allenbarneslaw.com 19669**
                                      **Allen Barnes & Jones, PLC**
                                      **1850 N. Central Avenue, Suite 1150**
                                      **Phoenix, AZ 85004**
                                      **602-256-6000   Fax: 602-252-4712**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy