Hilary L. Barnes, State Bar #19669
Khaled Tarazi, State Bar #32446
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
ktarazi@allenbarneslaw.com

Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| INDUSTRIAL RIDE SHOP, LLC, | Case No. 2:16-bk-14176-BKM |
| Debtor. | |
| In re: | Chapter 11 |
| INDUSTRIAL SKATE & BOARDS, INC., | Case No. 2:16-bk-14389-BKM |
| Debtor. | |
| This filing applies to:<br>☐ BOTH DEBTORS<br>☒ INDUSTRIAL RIDE SHOP, LLC<br>☐ INDUSTRIAL SKATE & BOARDS, INC. | **DECLARATION OF DOUGLAS A. BUTCHER** |

I, Douglas A. Butcher, managing member of Industrial Ride Shop, LLC ("Ride Shop") and Industrial Skate & Boards, Inc. ("Skate," and with Ride Shop, the "Debtors"), the debtors in possession in above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Cases") submit this declaration ("Declaration") in support of the Ride Shop's *Emergency Motion to Authorize Use of Cash Collateral* ("Motion"), filed contemporaneously herewith. Under penalty of perjury, I declare as follows:

1. I am the managing member of the Debtors, and I am familiar with all aspects and operations of the Debtors, including day-to-day operations and business affairs, and the keeping of books and records.

2. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, including the Budget attached to the Motion as Exhibit A, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

Background of the Debtors' Business Enterprise

3. In December 1996, Skate was established as an Arizona corporation for the purpose of selling skateboards and related clothing and accessories in a Scottsdale strip mall. In July 2000, when the company expanded and began doing business in various shopping mall locations, Ride Shop was formed as an Arizona limited liability company. For all practical purposes, the Debtors do business as a single enterprise as "Industrial Rideshop."

4. At one point, in addition to their website and warehouse, the Debtors operated out of 15 retail locations in the western United States malls from Oregon to Arizona to Texas and Utah, and the Industrial Rideshop enterprise became very successful.

5. However, significant changes in the retail industry caused sales to drop and certain of the locations to become financially unsustainable and overall sales to drop. All the retail stores are located in shopping malls, and over the last several years, the number of skateboard-related stores in malls overall has more than doubled. Significantly, many of our suppliers entered the retail market and now directly compete with us. In addition, the retail industry has changed with the exponential growth in online stores, including specialty stores, websites established by the Debtor's suppliers, and Amazon.com. In addition, many of the Debtor's suppliers require fixed prices in the Debtor's stores for products offered at significant discounts online.

6. Based upon such economic challenges, the Debtors became delinquent on rent payments to certain landlords. Beginning in late November 2016, we began receiving notices of default from the landlords demanding immediate payment and threatening lockout in advance of the holiday season, historically our busiest and most lucrative period.

The Bankruptcy Filings

7. On December 16, 2016, Ride Shop filed its bankruptcy case on an emergency basis to prevent being locked out at certain heavy traffic locations. On December 21, 2017, Skate followed suit to make sure the Debtors' operations were protected from disruption during the holiday shopping season.

8. The Debtors intend to reorganize by, among other things, shedding and/or renegotiating burdensome lease obligations, reducing overhead, concentrating more on Industrial Rideshop's local presence, improving their financial performance, and restructuring their debt obligations. In addition, the Debtors have been approached by a potential purchaser/investor during the past year, and those negotiations may have an effect on the Debtors' exit from bankruptcy. At this time, it is too early to tell.

9. After the Petition Date, the Debtors contacted BofA, through counsel, in connection with negotiating Cash Collateral use. The Debtors provided certain financials to BofA, but we realized quickly thereafter that we would need professional assistance in connection with getting the finances in order, preparing a budget and their statements and schedules, and to assist with financial reporting, among other things.

10. The Debtors obtained assistance from a financial advisor, Resolute Commercial Services, LLC ("Resolute") to review and analyze their books and records, and to assist us with the requests for information from BofA, among other things. With Resolute's help, the Debtors were able to formulate the Budget and provide financial and other information to BofA, but our need for use of cash has become critical.

Need for Cash Collateral Use

11. As of January 7, 2017 (after payment of January rents, utilities, payroll and related expenses with consent of BofA), the Cash Collateral totaled approximately $486,727, and continuing sales are adding to that cash balance.

12. Right now, the Debtors have an acute need to: a) replenish inventory depleted by holiday sales; b) pay employees (approximately 80 people); c) avoid further business disruption;

d) close certain underperforming stores; e) maintain the strength of the "Industrial Rideshop" brand; f) maintain customer loyalty, and g) preserve the Debtors' going concern value for the benefit of creditors while we formulate the plan to emerge from bankruptcy.

13. The immediate needs in the interim period of the next 14 days (January 15-January 28, 2016) ("Interim Period") total approximately $177,185, and can be broken down as follows:

    a) Payroll (approx. people) – $63,876

    b) Utilities, insurance, maintenance, and supplies – $4,042

    c) Inventory Purchases – $90,216 (Exhibit B to the Motion)

    d) Store closing costs – $12,500

    e) Freight – $3,000

    f) Other Necessary Operating Expenses – $3,550

14. As set forth on the Budget, for the first 14 weeks, the Debtors expect: (i) monthly average cash needs of approximately $69,487 for operating and other business expenses per week; and (ii) weekly gross profit will average approximately $86,131 during this time period.

15. In addition, the Debtors estimate a positive net cash flow for the first 14 weeks of the Case of approximately $233,019.

16. The Debtors' business operations and reorganization efforts will suffer immediate and irreparable harm if we are not allowed to use cash collateral immediately.

17. I have read the foregoing, and know that the statements contained herein are true and correct to the best of my knowledge.

DATED: January 15, 2017.

                                              /s/ Douglas A. Butcher
                                              Douglas A. Butcher